UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 12-CR-20287

v.

                                      HON. MARK A. GOLDSMITH

ALEXANDRA NORWOOD, et al.,

        Defendants.

_____/

**ORDER**
**(1) REGARDING DISCLOSURE OF EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b) and IDENTIFICATION OF CO-CONSPIRATOR STATEMENTS and (2) TERMINATING VARIOUS RELATED MOTIONS (Dkts. 213, 222, 225 and 226)**

On October 18, 2013, the Court issued an Order in which it reserved ruling on motions regarding co-conspirator statements (Dkts. 213 and 222) and "other acts" information pursuant to F.R.E. 404(b) or information pursuant to F.R.E. 609 (Dkts. 225 and 226) until after the parties conferred on the motions and informed the Court when the Government would identify the requested information. 10/18/13 Order (Dkt. 319). By letter to the Court, the Government informs the Court that the parties have conferred and the Government has specified when it will disclose the requested information pursuant to Federal Rule of Evidence 404(b) and co-conspirator statements relating to the above-referenced motions. The Government's letter did not discuss evidence produced pursuant to Federal Rule of Evidence 609.

Being duly apprised, the Court orders the following:

1. The Government shall provide notice of its intent to introduce evidence pursuant Federal Rules of Evidence 404(b) and 609 by March 13, 2014.

2. The Government shall also identify co-conspirator statements it intends to introduce at trial by January 27, 2014.

3. Given the Government's forthcoming disclosures, the Court denies as moot the motions regarding co-conspirator statements (Dkts. 213 and 222) and "other acts" information pursuant to F.R.E. 404(b) or information pursuant to F.R.E. 609 (Dkts. 225 and 226).

SO ORDERED.


Dated:  November 15, 2013                         s/Mark A. Goldsmith
      Flint, Michigan                                MARK A. GOLDSMITH
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 15, 2013.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager