UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                             Case No. 12-CR-20287

v.

                                             HON. MARK A. GOLDSMITH

ALEXANDRA NORWOOD, et al.,

        Defendants.
_____/

### ORDER DENYING DEFENDANT OLDHAM'S "MOTION TO PRECLUDE LEADING QUESTIONS" (Dkt. 639)

The Court is currently holding a joint trial in the above-captioned matter with six defendants, including Defendant Johnathan Oldham. On June 23, 2014, Defendant filed a "Motion to Preclude Leading Questions" (Dkt. 639) at trial, arguing that the Court should restrict the use of leading questions on direct examination to hostile witnesses. In his two-page brief in support of the motion, which consists mostly of a block quote from an evidence treatise, Defendant repeats his argument that the Court should restrict the use of leading questions. Def. Br. at 1-2.

The motion and brief are not well-taken. Defendant's argument is unfocused, failing to identify any particular questions posed by the Government or prospective ones. Preemptive evidentiary motions, such as motions in limine, are appropriate only where a specific evidentiary issue can be identified. But a generic request to preclude leading questions is as inappropriate as a generic request to preclude irrelevant questions, or argumentative ones.

Accordingly, the Court denies Defendant's motion (Dkt. 639).

SO ORDERED.

Dated: June 27, 2014          s/Mark A. Goldsmith
      Flint, Michigan          MARK A. GOLDSMITH
                                  United States District Judge

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 27, 2014.

                                  s/Deborah J. Goltz
                                  DEBORAH J. GOLTZ
                                  Case Manager